# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court case number: 22-cv-05198-TLT

Date case was first filed in U.S. District Court: 09/12/2022

Date of judgment or order you are appealing: 09/07/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Kacey Wilson

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

1990 North California Blvd., Suite 940

City: Walnut Creek    State: CA    Zip Code: 94596

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Yeremey Krivoshey    **Date** Oct 5, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**    Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Plaintiff Kacey Wilson

Name(s) of counsel (if any):

Yeremey Krivoshey
Matthew A. Girardi

Address: 1990 North California Boulevard, Suite 940, Walnut Creek, CA 94596

Telephone number(s): (925) 300-4455

Email(s): ykrivoshey@bursor.com; mgirardi@bursor.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Defendant ColourPop Cosmetics, LLC

Name(s) of counsel (if any):

Jon P. Kardassakis
Michael K. Grimaldi

Address: 633 West 5th Street, Suite 4000 Los Angeles, California 90071

Telephone number(s): (213) 250-1800

Email(s): Jon.Kardassakis@lewisbrisbois.com; Michael.Grimaldi@lewisbrisbois

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**               1               Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ◯ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *Rev. 12/01/2018*