| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 20 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

KACEY WILSON,

    Plaintiff - Appellant,

v.

COLOURPOP COSMETICS, LLC,

    Defendant - Appellee.

No. 23-2627

D.C. No. 3:22-cv-05198-TLT
Northern District of California, San Francisco

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 9), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator